UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VON L. OVERSTREET | CIVIL ACTION |
| VERSUS | NO. 06-2425 |
| TANGIPAHOA PARISH SHERIFF'S OFFICE, ET AL | SECTION "I"(5) |

O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by petitioner, Von L. Overstreet, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the motion to dismiss filed on behalf of defendant, the Tangipahoa Parish Sheriff's Office is **HEREBY GRANTED**.

New Orleans, Louisiana, this ____13th____ day of Sepember, 2006.

_____
UNITED STATES DISTRICT JUDGE