```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

VON OVERSTREET                                CIVIL ACTION

VERSUS                                        NUMBER: 06-2425

TANGIPAHOA PARISH SHERIFF'S                   SECTION: "I" (5)
OFFICE, ET AL.

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motion to dismiss and, alternatively, for summary judgment is granted in part, dismissing plaintiff's claims against the USMS and against Credo and Junius in their official capacities with prejudice.

**IT IS FURTHER ORDERED** that plaintiff's claims against Credo and Junius in their individual capacities are dismissed pursuant to Rule 41(b), Fed.R.Civ.P.

**IT IS FURTHER ORDERED** that plaintiff's requests for injunctive relief are denied.

New Orleans, Louisiana, this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE