UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VON L. OVERSTREET | CIVIL ACTION |
| VERSUS | NUMBER: 06-2425 |
| TANGIPAHOA PARISH SHERIFF'S OFFICE, ET AL. | SECTION: "I"(5) |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to prosecute pursuant to Rule 41(b), Federal Rules of Civil Procedure, and Local Rule 11.1E.

New Orleans, Louisiana, this ___25th___ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE